DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendants
GENENTECH, INC. and CITY OF HOPE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC. and CITY OF HOPE,<br><br>Defendants. | Case No. 2:11-cv-06519 MRP (JEMx)<br><br>**DEFENDANTS GENENTECH, INC. CITY OF HOPE'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD COUNTERCLAIM AND STRIKE THIRD AFFIRMATIVE DEFENSE OF HUMAN GENOME SCIENCES, INC.**<br><br>Date: October 31, 2011<br>Time: 11:00 a.m.<br>Ctrm: 12<br>Judge: Honorable Mariana R. Pfaelzer |
| HUMAN GENOME SCIENCES, INC.,<br><br>Counter-Defendant,<br><br>AND<br><br>GLAXO GROUP LIMITED and GLAXOSMITHKLINE LLC,<br><br>Third-Party Defendants. | |

**PLEASE TAKE NOTICE THAT** at 11:00 a.m. on October 31, 2011, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Mariana R. Pfaelzer, located at 312 N. Spring Street, Los Angeles, California, Defendants Genentech, Inc. and City of Hope will and hereby do move the Court to dismiss Human Genome Sciences, Inc.'s third counterclaim and strike its third affirmative defense.

This motion is based on this notice and the accompanying Defendants Genentech, Inc. and City of Hope's Motion to Dismiss Third Counterclaim and Strike Third Affirmative Defense of Human Genome Sciences, Inc. filed herewith.  This motion is further based upon the papers, records and pleadings on file herein, as well as such other matters as may be brought to the Court's attention at the hearing on this motion. A proposed order is also being filed herewith.

Dated: October 3, 2011

DURIE TANGRI LLP

By: */s/ Daralyn J. Durie*
 Daralyn J. Durie

Attorneys for Defendants
GENENTECH, INC., and CITY OF HOPE

Kenneth A. Gallo (*pro hac vice*)
Sean O'Donnell (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300

Eric Alan Stone (*pro hac vice*)
John E. Nathan (*pro hac vice*)
Peter Sandel (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3326

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on October 3, 2011, with a copy of this document via the Court's CM/ECF system.

Dated: October 3. 2011                       /s/ Daralyn J. Durie
                                             DARALYN J. DURIE