HENRY B. GUTMAN (*pro hac vice*)
hgutman@stblaw.com
NOAH M. LEIBOWITZ (*pro hac vice*)
nleibowitz@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Harrison J. Frahn IV (206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000

Attorneys for Plaintiff and Counter-Defendant
HUMAN GENOME SCIENCES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. AND CITY OF HOPE, <br><br> Defendants and Counter-Plaintiffs <br><br> HUMAN GENOME SCIENCES, INC. <br><br> Counter-Defendant <br><br> AND <br><br> GLAXO GROUP LIMITED and GLAXOSMITHKLINE LLC, <br><br> Third-Party Defendants. | Case No. 2:11-cv-06519-MRP (JEMx) <br><br> **DECLARATION OF SERENA M. ORLOFF IN SUPPORT OF HUMAN GENOME SCIENCES, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD AND FIFTH COUNTERCLAIMS AND STRIKE THIRD AND SEVENTH AFFIRMATIVE DEFENSES** <br><br> Date: November 21, 2011 <br> Time: 11:00 a.m. <br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |

ORLOFF DECL. ISO HUMAN GENOME SCIENCES, INC.'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS/Case No. 2:11-CV-06519

1           I, Serena M. Orloff, declare and state as follows:

2           1.     I am an associate with the law firm Simpson Thacher & Bartlett

3    LLP, counsel for Plaintiff and Counter-Defendant Human Genome Sciences, Inc.

4    ("HGS") in this action.  I make this declaration in support of HGS's Opposition to

5    Defendants' Motion to Dismiss Third and Fifth Counterclaims and Strike Third and

6    Seventh Affirmative Defenses.  The factual assertions made herein are based upon

7    my personal knowledge, and, if called upon to do so, I could and would testify

8    competently thereto.

9           2.     Attached hereto as Exhibit A is a true and correct copy of the

10   Court's Amended Memorandum of Decision Re: Defendant Celltech's Motion for

11   Judgment on the Pleadings and Defendant Genentech's Motion for Summary

12   Judgment, Docket No. 120, in *MedImmune, Inc. v. Genentech, Inc. et al.*, No. CV

13   03-2567 MRP (C.D. Cal. Jan. 14, 2004).

14          3.     Attached hereto as Exhibit B is a true and correct copy of the

15   Court's Memorandum of Decision Re: Motion for Leave to File Second Amended

16   Complaint, Docket No. 148, in *MedImmune, Inc. v. Genentech, Inc. et al.*, No. CV

17   03-2567 MRP (C.D. Cal. Feb. 18, 2004).

18          4.     Attached hereto as Exhibit C is a true and correct copy of a letter

19   from Jonathan Sanders, counsel for HGS, to Josh Lerner, counsel for Defendants,

20   dated October 11, 2011, requesting that Defendants make available, in addition to

21   the proposed Second Amended Complaint unsealed for the first time in connection

22   with Defendants' motion, any other sealed pleadings in the *MedImmune* action.

23   Defendants refused.

24          5.     Attached hereto as Exhibit D is a true and correct copy of the

25   Cabilly applicants' Amendment After Interference, in In re Patent Application of

26   CABILLY *et al.*, Application No. 07/205,419 (U.S.P.T.O., Oct. 4, 2001).

27

28

ORLOFF DECL. ISO HUMAN GENOME SCIENCES, INC.'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS/CASE NO. 2:11-CV-06519

6.      Attached hereto as Exhibit E is a true and correct copy of excerpts of Defendants' Reexamination Appeal Brief, in the Merged Reexaminations of U.S. Patent No. 6,331,415 (Cabilly *et al.*), Control Nos. 90/007,543 & 90/007,859 (U.S. P.T.O. B.P.A.I., Dec. 9, 2008).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of October, 2011, at Palo Alto, California.

By: _____
       Serena M. Orloff

ORLOFF DECL. ISO HUMAN GENOME SCIENCES, INC.'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS/CASE NO. 2:11-CV-06519