## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2550 Hanover Street, Palo Alto, California 94304.

On **April 11, 2012**, I served the following document:

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED LIST**

(X)  [**U.S. MAIL**] I am familiar with the firm's practice of collecting and processing correspondence mailed with the United States Postal Service ("USPS").  This correspondence was deposited with USPS on the same day this declaration was executed and in the ordinary course of business.  The envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing following ordinary business practices in Palo Alto, California. I am aware that service may be presumed invalid if the postal cancellation or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

( )  [**OVERNIGHT DELIVERY**] Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the address last shown by that person on any documents filed in this action.

( )  [**ELECTRONIC MAIL**] I caused the above-named document(s) to be transmitted by electronic mail on this date to the person(s) shown above following ordinary business practices in the United States at Los Angeles, California.

( )  [**PERSONAL SERVICE**] I caused the above-referenced document(s) to be delivered to the above-named person(s).

Executed on **April 11, 2012**, at Palo Alto, California.

I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

_____
Nancy Anderson

- 1 -
Proof of Service

## SERVICE LIST

**POTTER ANDERSON & CORROON**
Philip A Rovner
Hercules Plaza
1313 North Market Street 6th Floor
PO Box 951
Wilmington, DE 19899-0951

**DURIE TANGRI LLP**
Joshua H. Lerner
217 Leidesdorff Street
San Francisco, CA 94111